UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YIDES NUSSENZWEIG, *individually and on behalf of all others similarly situated*;
   Plaintiff,

v.

CASE NO.: 3:18-cv-15677

FORSTER AND GARBUS LLP d/b/a
*FORSTER, GARBUS & GARBUS*
JOHN DOES 1-25
   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 16, 2019

| For Plaintiff Yides Nussenzweig | For Defendant Forster and Garbus LLP |
|---|---|
| /s/ Yaakov Saks<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500 x101<br>ysaks@steinsakslegal.com | /s/ Mitchell L Williamson<br>Mitchell L. Williamson<br>Barron & Newburger, P.C.<br>458 Elizabeth Ave – Suite 5371<br>Somerset, NJ 08873<br>732-328-9480<br>mwilliamson@bn-lawyers.com |

So Ordered this 19th day of July, 2019.

Hon. _____

1